1
2
3                                                                O
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,           )
                                          )
12                    Plaintiff,          )        SA 10-137M
                                          )
13          v.                            )    ORDER OF DETENTION AFTER HEARING
                                          )        (18 U.S.C. § 3142(i))
14    PASCUAL CHAVEZ SANCHEZ,             )
                                          )
15                    Defendant.          )
      _____)

16

17                                        I.

18    A.  (  ) On motion of the Government involving an alleged

19          1.  (  )  crime of violence;

20          2.  (  )  offense with maximum sentence of life imprisonment or death;

21          3.  (  )   narcotics or controlled substance offense with maximum sentence of ten or more years

22                     (21 U.S.C. §§  801,/951, et. seq..,/955a);

23          4.  (  )  felony - defendant convicted of two or more prior offenses described above.

24    B.  On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

25          1.  ( X )    serious risk defendant will flee;

26          2.  (  )  serious risk defendant will

27                a. (  )   obstruct or attempt to obstruct justice;

28                b. (  )   threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

_____
                    **ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  ( X )    appearance of defendant as required; and/or

B.  (  ) safety of any person or the community;

III.

The Court has considered:

A.  ( x ) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  (  ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  (  ) Defendant poses a risk to the safety of other persons or the community because:


B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**


C.  (  ) A serious risk exists that defendant will:

1. (  )   obstruct  or  attempt to  obstruct  justice;

2. (  )   threaten, injure or intimidate a witness/ juror; because:


D.  (  ) Defendant  has  not  rebutted  by  sufficient  evidence  to  the  contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3    facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5    consultation with his counsel.

6

7

8    Dated:, March 18, 2010

9                                                                     _____

10                                                                    Marc L. Goldman
                                                                      U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28